**Cathy CATCHING, Plaintiff–Appellant**

v.

**Carolyn W. COLVIN, Acting Commissioner Of Social Security, Defendant–Appellee.**

No. 12–20720

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

April 10, 2013.

Donald Clifton Dewberry, Law Offices of Donald Dewberry, Houston, TX, for Plaintiff–Appellant.

Natalie Olszewski, Social Security Administration Office of the General Counsel Region VI, Dallas, TX, for Defendant–Appellee.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

Plaintiff–Appellant Cathy Catching appeals the judgment of the district court dismissing her action based on her claim of disability under Title II of the Social Security Act, which was denied initially by the Administrative Law Judge. We have reviewed the record on appeal, including, *inter alia,* the extensive transcript and the 64–page Memorandum Recommendation of the Magistrate Judge which patiently sets out in extreme detail the relevant facts and findings regarding Catching's conditions, principal among which are chronic fatigue syndrome and fybromyalgia. In the end, we find no reversible error, concluding that, as the Commissioner's brief summarizes, "Catching fails to prove that her alleged chronic fatigue syndrome and fibromyalgia equated to medically determinable impairments" and "fails to point to any medical evidence that suggests chronic fatigue syndrome or fybromyalgia caused additional functional limitations not already included in the ALJ's residual functional capacity finding."

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set.forth in 5TH CIR. R. 47.5.4.